```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


JANIS BURNWORTH                                       PLAINTIFF

VS.                         CIVIL ACTION NO. 5:07-cv-69(DCB)(JMR)

VICKSBURG WARREN SCHOOL DISTRICT                      DEFENDANT
```

## FINAL JUDGMENT

This cause having come before the Court on the defendant's motion for summary judgment, and the motion having been granted as to all claims in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 24th day of July, 2008.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE